

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.A.M., a child,        * From the 318th District
                                         Court of Midland County,
                                         Trial Court No. FM57813.

No. 11-15-00096-CV                   * June 18, 2015

                                    * Per Curiam Memorandum Opinion
                                     (Panel consists of: Wright, C.J.,
                                     Willson, J., and Bailey, J.)

This court has considered the unopposed motion to dismiss this appeal as moot, which was filed by the Office of the Attorney General of Texas, and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.